UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    §
                                          §
GRACE, GLEN J.                            §    Case No. 10-29380
                                          §
          Debtor(s)                       §

AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK, U.S. BANKRUPTCY COURT
                7th Floor, Federal Building
                219 South Dearborn Street
                Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/16/2011 in Courtroom 201,
                Will County Court Annex Building
                57 North Ottawa Street
                Joliet, Illinois 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: _____


*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
GRACE, GLEN J.                        §    Case No. 10-29380
                                      §
           Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 29,040.13 |
| and approved disbursements of | $ | 71.29 |
| leaving a balance on hand of[1] | $ | 28,968.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1B | Community Bank Wheaton/Glen Ellyn | $ 25,574.81 | $ 25,574.81 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 28,968.84 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 3,654.01 | $ 0.00 | $ 3,654.01 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 9,580.50 | $ 0.00 | $ 9,580.50 |
| Attorney for Trustee Expenses: SPRINGER, BROWN, COVEY, GAERTNER | $ 190.10 | $ 0.00 | $ 190.10 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: CLERK, U.S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: CLERK, U.S. BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |

Total to be paid for chapter 7 administrative expenses   $ 14,174.61

Remaining Balance   $ 14,794.23

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,959.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 59.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Ameriprise Financial Inc | $ 9,152.93 | $ 0.00 | $ 5,425.26 |
| 1A | Community Bank Wheaton/Glen Ellyn | $ 15,806.35 | $ 0.00 | $ 9,368.97 |

Total to be paid to timely general unsecured creditors   $ 14,794.23

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Glen J. Grace  
    Debtor

Case No. 10-29380-JHS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dgomez     Page 1 of 2     Date Rcvd: Nov 10, 2011  
                   Form ID: pdf006     Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2011.

```
db         +Glen J. Grace,    250 Thrasher St.,    Bloomingdale, IL 60108-1371
aty        +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
             Wheaton, IL 60187-4547
15789892   +Ameriprise,    125 South West Ave.,    Wilmington, DE 19801-5014
16963531   +Ameriprise Financial Inc,    Elizabeth Sickelka,    Greenberg Traurig LLP,
             77 W Wacker Dr Suite 3100,    Chicago IL 60601-4904
15789893   +Audi Financial Services,    320 W. Golf Rd.,    Schaumburg, IL 60195-3608
15789894   +Bank of America, N.A.,    Customer Service,    P.O. Box 5170,    Simi Valley, CA 93062-5170
15789895   +Breece, Howard and Mary,    737 Hanson Ave.,    Perth Amboy, NJ 08861-2451
15789896    Citibank,    P.O. Box 22060,    Tempe, AZ 85285-2060
15789897    Citibank Hilton HHonors Visa,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
15789898   +Community Bank Glen Elly/Wheaton,    357 Roosevelt Rd.,    Glen Ellyn, IL 60137-5644
16626654   +Community Bank Wheaton/Glen Ellyn,    c/o Elizabeth A Bates, Huck Bouma PC,
             1755 S Naperville Rd., Ste 200,    Wheaton IL 60189-5844
15789899   +Francis Discipio,    1200 Harper Road, Ste. 500,    Oak Brook, IL 60523-1819
15789900   +Gastroenterology Services, Ltd.,    3825 Highland Ave.,    #203,    Downers Grove, IL 60515-1571
15789902   +Glenbridge, Inc.,    188 Industrial Dr.,,    #103,    Elmhurst, IL 60126-1600
15789903   +Grace, Philip and Norma,    8 Lyon Court,    Manchester Township, NJ 08759-6284
15789904   +Grebe & Associates,    1749 S. Naperville Rd.,    Ste. 203,    Wheaton, IL 60189-5892
15789906   +HSBC/RS,    90 Christiana Rd.,    New Castle, DE 19720-3118
15789905    Home Depot,    P.O. Box 653000,    Dallas, TX 75265-3000
15789908   +James M. Mandros,    7546 Clarendon Hills Rd.,    Unit 1D,    Willowbrook, IL 60527-2591
15789909   +Mandera, Perry,    3630 LawsonRd.,    Glenview, IL 60026-1106
15789910   +Mandros, James,    744 Fairmont Ct.,    Westmont, IL 60559-2770
15789911   +Medical Recovery Specialists, Inc.,    2200 E. Devon Ave.,    Ste. 288,
             Des Plaines, IL 60018-4501
15789912   +Merchants' Credit Guide Co.,    223 W. Jackson Blvd.,    Chicago, IL 60606-6912
15789907  ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
             (address filed with court: Infiniti Financial Services,    990 W. 190th St.,    Torrance, CA 90502)
15789913   +Palos Bank & Trust Company,    12600 S. Harlem Ave.,    Palos Heights, IL 60463-0927
15789914   +River Forest Country Club,    P.O. Box 557,    Elmhurst, IL 60126-0557
15789915   +RiverSource Life Insurance Co.,    70100 Ameriprise Financial Center,    Minneapolis, MN 55474-0701
15789916   +THD/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15789917   +The Custom Companies,    Attn: Perry Mandera,    317 W. Lake St.,    Northlake, IL 60164-2433
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15789901      E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2011 22:04:16     GEMB/GE Money Bank Low,
               P.O. Box 103065,    Roswell, GA 30076
15789918     +E-mail/Text: vci.bkcy@vwcredit.com Nov 10 2011 20:06:31     VW Credit Inc.,    1401 Franklin Blvd.,
               Libertyville, IL 60048-4460
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dgomez              Page 2 of 2           Date Rcvd: Nov 10, 2011
                              Form ID: pdf006           Total Noticed: 31

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**                    **Signature:**   _/s/ Joseph Speetjens_