UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                         §
                                               §
                                               §
GRACE, GLEN J.                                 §          Case No. 10-29380
                                               §
                                               §
            Debtor(s)                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/DAVID R. BROWN_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Audi Financial Services 320 W. Golf Rd. Schaumburg, IL 60195 |  |  |  |  |  |
|  | Bank of America, N.A. Customer Service P.O. Box 5170 Simi Valley, CA 93062-5107 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Community Bank Glen Elly/Wheaton 357 Roosevelt Rd. Glen Ellyn, IL 60137 | | | | | |
| | Infiniti Financial Services 990 W. 190th St. Torrance, CA 90502 | | | | | |
| | RiverSource Life Insurance Co. 70100 Ameriprise Financial Center Minneapolis, MN 55474 | | | | | |
| | The Custom Companies Attn: Perry Mandera 317 W. Lake St. Northlake, IL 60164 | | | | | |
| 1B | COMMUNITY BANK WHEATON/GLEN ELLYN | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| Union Bank | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| SPRINGER, BROWN | | | | | |
| SPRINGER, BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ameriprise 125 South West Ave. Wilmington, DE 19801 | | | | | |
| | Breece, Howard and Mary 737 Hanson Ave. Perth Amboy, NJ 08861 | | | | | |
| | Citibank Hilton HHonors Visa P.O. Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Citibank P.O. Box 22060 Tempe, AZ 85285-2060 | | | | | |
| | Citibank P.O. Box 22060 Tempe, AZ 85285-2060 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB/GE Money Bank Low P.O. Box 103065 Roswell, GA 30076 | | | | | |
| | Gastroenterology Services, Ltd. 3825 Highland Ave. #203 Downers Grove, IL 60515 | | | | | |
| | Grace, Philip and Norma 8 Lyon Court Manchester Township, NJ 08759 | | | | | |
| | Grebe & Associates 1749 S. Naperville Rd. Ste. 203 Wheaton, IL 60189 | | | | | |
| | HSBC/RS 90 Christiana Rd. New Castle, DE 19720 | | | | | |
| | Home Depot P.O. Box 653000 Dallas, TX 75265-3000 | | | | | |
| | Mandera, Perry 3630 LawsonRd. Glenview, IL 60025 | | | | | |
| | Mandros, James 744 Fairmont Ct. Westmont, IL 60559 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Medical Recovery Specialists, Inc. 2200 E. Devon Ave. Ste. 288 Des Plaines, IL 60018-4519 |  |  |  |  |  |
|  | Merchants' Credit Guide Co. 223 W. Jackson Blvd. Chicago, IL 60606 |  |  |  |  |  |
|  | Palos Bank & Trust Company 12600 S. Harlem Ave. Palos Heights, IL 60463 |  |  |  |  |  |
|  | River Forest Country Club P.O. Box 557 Elmhurst, IL 60126 |  |  |  |  |  |
| 2 | AMERIPRISE FINANCIAL INC |  |  |  |  |  |
| 1A | COMMUNITY BANK WHEATON/GLEN ELLYN |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-29380    BWB    Judge: BRUCE W. BLACK | Trustee Name: DAVID R. BROWN |
| Case Name: | GRACE, GLEN J. | Date Filed (f) or Converted (c): 06/30/10 (f) |
| | | 341(a) Meeting Date: 07/29/10 |
| For Period Ending: | 05/24/12 | Claims Bar Date: 03/15/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 250 Thrasher St. Bloonmingdale, IL 60108 | 325,000.00 | 49,085.00 | DA | 0.00 | FA |
| 2. Burial mausoleum 1 Honey Locust Dr. Lakewood, NJ 0 | 0.00 | Unknown | DA | 0.00 | FA |
| 3. Cash | 40.00 | 40.00 | DA | 0.00 | FA |
| 4. JP Morgan Case Checking | 200.00 | 200.00 | DA | 0.00 | FA |
| 5. JP Morgan Chase Savings | 5.00 | 5.00 | DA | 0.00 | FA |
| 6. son's bedroom set $2500; TV $250; daugher bedroom | 7,762.50 | 7,762.50 | DA | 0.00 | FA |
| 7. Typical clothing for adult man | 3,500.00 | 3,500.00 | DA | 0.00 | FA |
| 8. wedding bands | 1,250.00 | 1,250.00 | DA | 0.00 | FA |
| 9. 20 gauge shotgun, 12 gauge shotgun | 750.00 | 750.00 | DA | 0.00 | FA |
| 10. River Source Variable Universal Life policy | 893.75 | 893.75 | DA | 0.00 | FA |
| 11. Glenbridge, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 2008 Infiniti QX56 | 41,400.00 | 41,400.00 | DA | 0.00 | FA |
| 13. 2008 Audi Q7 (leased) | 36,275.00 | 36,275.00 | DA | 0.00 | FA |
| 14. Gun safe | 450.00 | 450.00 | DA | 0.00 | FA |
| 15. Preference actions (u) | 0.00 | 15,000.00 | | 29,040.13 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $417,526.25    $156,611.25    $29,040.13    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

final report filed and funds are in distribution

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-29380    BWB    Judge: BRUCE W. BLACK | Trustee Name:    DAVID R. BROWN |
| Case Name: | GRACE, GLEN J. | Date Filed (f) or Converted (c):    06/30/10 (f) |
| | | 341(a) Meeting Date:    07/29/10 |
| | | Claims Bar Date:    03/15/11 |

Initial Projected Date of Final Report (TFR): 09/15/11    Current Projected Date of Final Report (TFR): 09/15/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-29380 -BWB | | Trustee Name: | DAVID R. BROWN |
| Case Name: | GRACE, GLEN J. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1440 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7957 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/11 | 15 | GE Money Americas<br>PO Box 60519<br>Fort Myers, FL 33906 | | 1241-000 | 3,800.00 | | 3,800.00 |
| 02/17/11 | 15 | Ameriprise Financial<br>245 Ameriprise Financial Center<br>Minneapolis, MN 55474 | | 1241-000 | 9,000.00 | | 12,800.00 |
| 03/22/11 | 15 | HSBC Private Label Corporation<br>P.O. Box 81622<br>Salinas, CA 93912-1622 | | 1241-000 | 16,240.13 | | 29,040.13 |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 71.29 | 28,968.84 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | 71.29 | 28,897.55 |
| 12/19/11 | | Union Bank | Bank Charges | 2600-000 | | 68.83 | 28,828.72 |
| 12/23/11 | | Transfer to Acct #*******1671 | Final Posting Transfer | 9999-000 | | 28,828.72 | 0.00 |

|  | COLUMN TOTALS | 29,040.13 | 29,040.13 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 28,828.72 | |
|  | Subtotal | 29,040.13 | 211.41 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 29,040.13 | 211.41 | |

Page Subtotals 29,040.13 29,040.13

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-29380 -BWB | | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|
| Case Name: | GRACE, GLEN J. | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1671  Checking Account |
| Taxpayer ID No: | *******7957 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/11 | | Transfer from Acct #*******1440 | Transfer In From MMA Account | 9999-000 | 28,828.72 | | 28,828.72 |
| 12/23/11 | 000101 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>SUITE 330<br>WHEATON, IL  60187 | Chapter 7 Compensation/Expense | 2100-000 | | 3,654.01 | 25,174.71 |
| 12/23/11 | 000102 | CLERK, U.S. BANKRUPTCY COURT<br>7th Floor, Federal Building<br>219 South Dearborn Street<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 24,924.71 |
| 12/23/11 | 000103 | CLERK, U.S. BANKRUPTCY COURT<br>7th Floor, Federal Building<br>219 South Dearborn Street<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 24,674.71 |
| 12/23/11 | 000104 | CLERK, U.S. BANKRUPTCY COURT<br>7th Floor, Federal Building<br>219 South Dearborn Street<br>Chicago, IL 60604 | Clerk of the Courts Costs (includes | 2700-000 | | 250.00 | 24,424.71 |
| 12/23/11 | 000105 | SPRINGER, BROWN, COVEY, GAERTNER<br>& DAVIS, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | | | 8,801.75 | 15,622.96 |
| | | | Fees         8,628.00 | 3110-000 | | | |
| | | | Expenses       173.75 | 3120-000 | | | |
| 12/23/11 | 000106 | Community Bank Wheaton/Glen Ellyn<br>c/o Elizabeth A Bates, Huck Bouma PC<br>1755 S Naperville Rd., Ste 200<br>Wheaton IL 60189 | Claim 1A, Payment 62.59377%<br>(1-1) Money Loaned<br>(1-1) modified<br>on 1/4/11 to correct creditor name and address(dg) | 7100-000 | | 9,893.79 | 5,729.17 |
| 12/23/11 | 000107 | Ameriprise Financial Inc | Claim 2, Payment 62.59384% | 7100-000 | | 5,729.17 | 0.00 |

Page Subtotals     28,828.72     28,828.72

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-29380 -BWB |
| Case Name: | GRACE, GLEN J. |
| Taxpayer ID No: | *******7957 |
| For Period Ending: | 05/24/12 |

| | |
|---|---|
| Trustee Name: | DAVID R. BROWN |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******1671  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Elizabeth Sickelka Greenberg Traurig LLP 77 W Wacker Dr Suite 3100 Chicago IL 60622 | (2-1) modified on 3/17/11 to correct creditor name & address(dg) | | | | |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 19.67 | -19.67 |
| 02/27/12 | | Union Bank | reverse bank fee charge | 2600-000 | 19.67 | | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 28,848.39 | 28,848.39 | 0.00 |
| Less:  Bank Transfers/CD's | 28,828.72 | 0.00 | |
| Subtotal | 19.67 | 28,848.39 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 19.67 | 28,848.39 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********1440 | 29,040.13 | 211.41 | 0.00 |
| Checking Account - ********1671 | 19.67 | 28,848.39 | 0.00 |
| | 29,059.80 | 29,059.80 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        19.67        19.67

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*